UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN DOE | ) | CASE NO.: 1:22-cv-00440-DAP |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | |
| | ) | |
| ST. EDWARD HIGH SCHOOL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF BANKRUPTCY PROCEEDING AND AUTOMATIC STAY**

Now come Defendants, Darryl E. Williams and Lashan D. Williams fka Lashan D. Spencer, and hereby gives notice to this Honorable Court that they are presently debtors in a Confirmed Chapter 13 bankruptcy case pending before the United States Bankruptcy Court for the Northern District of Ohio at Cleveland. On December 8, 2017, said Defendants filed their Chapter 13 Bankruptcy petition, Case No. 17-17203, notice of which is attached hereto as Exhibit "A". Debtors' Plan was thereafter Confirmed by the Bankruptcy Court on October 19, 2018. Therefore, their income and assets are property of the bankruptcy estate and remain under the jurisdiction of the Bankruptcy Court pursuant to 11 U.S.C. § 1306. Plaintiff's Complaint seeks an award of money from the defendants which is stayed by virtue of the automatic stay provisions of 11 U.S.C. § 362(a)(3). Accordingly, Plaintiff must seek relief from the Bankruptcy Court to pursue its claim(s) against said Defendants.

Respectfully submitted,

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtors Darryl E. Williams
   and Lashan D. Williams
6181 Mayfield Road, Suite 104
Mayfield Heights, OH 44124
Phone: (440) 461-4433
Fax: (440) 461-4434
cjv@vannesslaw.com

**CERTIFICATE OF SERVICE**

    A true copy of the foregoing Notice was filed electronically on June 15, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Charles J. Van Ness
Charles J. Van Ness
Attorney for Debtors

**17-17203-aih** Darryl E. Williams and Lashan D. Williams
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** ARTHUR I HARRIS
**Date filed:** 12/07/2017 **Date of last filing:** 02/14/2022 **Plan confirmed:** 10/19/2018

# Case Summary

**Office:** Cleveland
**County:** CUYAHOGA-OH
**Fee:** Paid

**Filed:** 12/07/2017
**Terminated:**
**Debtor discharged:**
**Joint debtor discharged:**

**Origin:** 0
**Previous term:**

**Reopened:**
**Converted:**
**Debtor dismissed:**
**Joint debtor dismissed:**

**Joint:** y
**Original chapter:** 13
**Current chapter:** 13

**Confirmation hearing:** 03/01/2018

**Nature of debt:** consumer
**Pending status:** Awaiting Discharge,Plan Confirmed
**Flags:** Repeat-OHNB, ASSET

**Trustee:** Lauren A. Helbling **City:** Cleveland **Phone:** (216) 621-4268 **Email:** ch13trustee@ch13cleve.com

**Party 1:** Williams, Darryl E. (Debtor)
  SSN / ITIN: xxx-xx-3348
**Party 2:** Williams, Lashan D. (Debtor)
  SSN / ITIN: xxx-xx-9076

**Atty:** Charles J. Van Ness   **Represents party 1:** Debtor   **Phone:** 440-461-4433
  **Fax:** 440-461-4434
  **Email:** cjvlaw@prodigy.net

**Atty:** Charles J. Van Ness   **Represents party 2:** Debtor   **Phone:** 440-461-4433
  **Fax:** 440-461-4434
  **Email:** cjvlaw@prodigy.net

**Location of case files:**
  **Volume:** CS1
The case file may be available.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2022 15:43:23 | | | |
| **PACER Login:** | VANNESSLAW | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 17-17203-aih |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |